# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CRYSTAL BENEVIDES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ANN CLAIRE ASSUMPICO,<br>In her capacity as Superintendent of the<br>Rhode Island State Police,<br>　　　　Defendant. | C.A. No. 1:17-cv-585-MSM-LDA |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 1/3/2024

　　　　　　　　　　　　　　　　　　　Enter:

　　　　　　　　　　　　　　　　　　　/s/ C. Potter
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Dated: 1/3/2024